IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON, JR. | : | CIVIL ACTION |
| BEATRICE WILSON | : | |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF COATESVILLE | : | NO. 12-4803 |
| PENNSYLVANIA, et al. | : | |

## O R D E R

AND NOW, this 23d day of August, 2012, having considered plaintiff Chalmers A. Simpson, Jr.'s motion to proceed in forma pauperis (Document No. 1) it is hereby ORDERED that:

1. Simpson's motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum. If he seeks to continue with this case, Simpson must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. Plaintiff Beatrice Wilson is DISMISSED as a party to this case without prejudice. If Wilson seeks to be reinstated as a party to this case, she must, within thirty (30) days of the date of this Order, sign the complaint and either (1) pay the $350 filing fee; or (2) file a motion to proceed in forma pauperis.

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.