IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON,

        Plaintiff,

v.

CITY OF COATESVILLE, et al.,

        Defendants.

CIVIL ACTION
NO. 12-4803

## ORDER

**AND NOW**, this 17th day of November 2015, upon consideration of the Amended Complaint (Doc. No. 16), Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 23), Plaintiff's Response in opposition (Doc. No. 28), and the arguments made at a hearing on the Motion on May 27, 2015 (Doc. No. 30), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 23) is **GRANTED**.  The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.